James R. Wyrscn, Bryan & Cave, St. Louis, MO, for Defendant–Appellee.

Before MURPHY, ARNOLD, and SMITH, Circuit Judges.

PER CURIAM.

Derrick Howard appeals the district court's[1] dismissal of his civil complaint. Having carefully reviewed the record, we agree with the district court that Howard's complaint was barred by res judicata, based on a judgment rendered in Missouri court in a prior legal proceeding between the same parties, and involving the same matter that was the subject of the instant complaint. *See C.H. Robinson Worldwide, Inc. v. Lobrano,* 695 F.3d 758, 764 (8th Cir.2012) (law of forum that rendered first judgment controls res judicata analysis); *Niere v. St. Louis Cnty., Mo.,* 305 F.3d 834, 837 (8th Cir.2002) (per curiam) (elements of res judicata under Missouri law); *Vogt v. Emmons,* 158 S.W.3d 243, 247 (Mo. Ct.App.2005) (res judicata renders judgment conclusive between same parties as to all issues that might have been litigated).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

**William E. IRVING, Plaintiff–Appellant**

v.

**Larry CRAWFORD, D.O.C. Director, Individually and Officially; Troy Steele, Superintendent, SECC, Individually and Officially; Cheryl Dowdy, Functional Unit Manager, SECC, Individually and Officially; Daniel Martinez,**

---

1. The Honorable Catherine D. Perry, Chief Judge, United States District Court for the Eastern District of Missouri.

Functional Unit Manager, SECC, Individually and Officially; Greg Walker, Correctional Officer, Sergeant, SECC, Individually; Charles Mitchell, Correctional Officer, Sergeant, SECC, Individually; Cynthia Reese, Chief of Mental Health, SECC, Individually; Debbie Vinson, Director of Nursing, CMS, Individually; Penny Lynn, Correctional Officer, Sergeant, SECC, Individually; Gina Cook, Investigator, SECC, Individually and Officially; Dr. Michael Hakala; Melissa Crumley, Nurse, Defendants–Appellees.

No. 12–2034.

United States Court of Appeals, Eighth Circuit.

· Submitted: Dec. 17, 2012.

Filed: Dec. 20, 2012.

William E. Irving, Jefferson City, MO, pro se.

1. The Honorable Stephen N. Limbaugh, Jr., United States District Judge for the Eastern

Thomas D. Smith, Assistant Attorney General, Attorney General's Office, St. Louis, MO, for Defendants–Appellees.

Before BYE, GRUENDER, and BENTON, Circuit Judges.

PER CURIAM.

Inmate William E. Irving appeals the district court's [1] orders dismissing certain claims in his 42 U.S.C. § 1983 action under 28 U.S.C. § 1915(e)(2)(B) or Federal Rule of Civil Procedure 12(b)(6), and granting summary judgment on the remaining claims. Upon careful consideration of Irving's arguments and review of the relevant record, we find no basis for reversal. The district court is affirmed, *see* 8th Cir. R. 47B, and we deny Irving's pending motion requesting court action to gain adequate access to law library materials.